IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:   1:21-cv-01232-WJM-KLM

STREETMEDIAGROUP, LLC, a Colorado limited liability company
TURNPIKE MEDIA, LLC, a Colorado limited liability company

Plaintiffs,

v.

BOARD OF COUNTY COMMMISSIONERS OF THE COUNTY OF ADAMS, STATE OF COLORADO and RYAN NALTY, in his official capacity as INTERIM DIRECTOR OF THE ADAMS COUNTY COMMUNITY AND ECONOMIC DEVELOPMENT DEPARTMENT

Defendants.

---

## JOINT NOTICE RE: ORDER TO SHOW CAUSE

---

Plaintiffs StreetMediaGroup, LLC ("StreetMedia") and Turnpike Media, LLC ("Turnpike") (collectively, "Plaintiffs"), and Defendants, Board of County Commissioners of the County of Adams, State of Colorado and Ryan Nalty, in his official capacity as Interim Director of the Adams County Community and Economic Development Department (collectively, "Defendants") by and through their respective undersigned counsel, Fairfield and Woods P.C., and the County Attorney's Office, Adams County, hereby submit this Joint Notice Re: Order to Show Cause.

The Parties submit this Joint Notice in response to the Court's Order to Show Cause [Dkt. No. 8]. On May 5, 2021, at approximately the same time this Court issued its Order to Show Cause [Dkt. No. 8], Defendants issued a building permit for the Plaintiffs'

sign located at 275 East 64th Avenue in Adams County ("East 64th Avenue sign"). Accordingly, the parties submit that Plaintiffs' request for a preliminary injunction respecting the issuance of a building permit for the East 64th Avenue Sign is moot.

DATED this 6th day of May, 2021.

FAIRFIELD AND WOODS, P.C.

*/s/ Todd G. Messenger*
Colin A. Walker (#28365)
Todd G. Messenger (#38783)
Amanda C. Jokerst (#47241)
1801 California Street, Suite 2600
Denver, CO  80202
Telephone:  (303) 830-2400
Facsimile: (303) 830-1033
E-Mail: cwalker@fwlaw.com;
tmessenger@fwlaw.com; ajokerst@fwlaw.com


COUNTY ATTORNEY'S OFFICE
ADAMS COUNTY

*/s/ Heidi Miller*
4430 South Adams County Parkway
5th Floor, Suite C5000B
Brighton, Colorado 80601
Telephone:  (720) 532-6329
E-Mail: hmiller@adcogov.org

3

## CERTIFICATE OF SERVICE

The undersigned further certifies that on this 6th day of May, 2021, the foregoing **CERTIFICATE OF SERVICE** was served via e-mail on the following:

Heidi Miller, Esq.
County Attorney
Adams County, Colorado
4430 South Adams County Parkway
5th Floor, Suite C5000B
Brighton, CO 80601
HMiller@adcogov.org

                                        *s/ Sharon Y. Meyer*
                                          Sharon Y. Meyer